**No. 11-5451. Derek N. Jarvis, Petitioner v. Staples, Inc.**

565 U.S. 1046, 132 S. Ct. 606, 181 L. Ed. 2d 445, 2011 U.S. LEXIS 8083.

November 14, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 908, 132 S. Ct. 313, 181 L. Ed. 2d 193, 2011 U.S. LEXIS 5765.

**No. 11-5452. Abdel Eltayib, Petitioner v. Stephen M. DeWalt, Warden, et al.**

565 U.S. 1046, 132 S. Ct. 606, 181 L. Ed. 2d 445, 2011 U.S. LEXIS 8088.

November 14, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 908, 132 S. Ct. 314, 181 L. Ed. 2d 193, 2011 U.S. LEXIS 6148.

**No. 11-5555. In re Joseph G. Dunbar, Petitioner.**

565 U.S. 1046, 132 S. Ct. 607, 181 L. Ed. 2d 445, 2011 U.S. LEXIS 8085.

November 14, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 813, 132 S. Ct. 392, 181 L. Ed. 2d 246, 2011 U.S. LEXIS 6367.

**No. 11-5740. Gary Melton, Petitioner v. Ger Taylor Gardens, LLC.**

565 U.S. 1047, 132 S. Ct. 607, 181 L. Ed. 2d 445, 2011 U.S. LEXIS 8080.

November 14, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 950, 132 S. Ct. 412, 181 L. Ed. 2d 270, 2011 U.S. LEXIS 7285.

**No. D-2590. In the Matter of Disbarment of Ruth Marie Pollack.**

565 U.S. 1032, 132 S. Ct. 607, 181 L. Ed. 2d 445, 2011 U.S. LEXIS 8086.

November 14, 2011. Disbarment entered.

Former order, 564 U.S. 1016, 131 S. Ct. 3052, 180 L. Ed. 2d 869, 2011 U.S. LEXIS 4571.

**No. 11A480. Reginald Brooks, Applicant v. Ohio.**

565 U.S. 1047, 132 S. Ct. 608, 181 L. Ed. 2d 445, 2011 U.S. LEXIS 8291.

November 15, 2011. Application for stay of execution of sentence of death, presented to Justice Kagan, and by her referred to the Court, denied.

Same case below, 130 Ohio St. 3d 1432, 957 N.E.2d 37.